UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Matthew Green

       Plaintiff

v.                                        Civil Action No. 13-10254-EFH

Richard J. Boudreau & Associates, LLC, et al
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

HARRINGTON, S.D.J.

The Court having been advised  by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

 4/2/13                                _____
  Date                                   Karen P. Folan
                                        Deputy Clerk